**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DARLENE HIBBEN,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-CV-111-JFJ ) |
| **TIM POTTEIGER, individually,** | ) ) |
| Defendant. | ) |

**JUDGMENT**

For reasons stated in the Opinion and Order entered this date (ECF No. 64), judgment is hereby entered in favor of Defendant Tim Potteiger and against Plaintiff. All other claims were dismissed by Opinion and Order dated March 31, 2017 (ECF No. 30). Accordingly, this Judgment terminates the litigation.

**DATED** this 14th day of January, 2019.

**JODI F. JAYNE, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT**